```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BRITTANI PERRY,                 :
          Plaintiff,            :                    :
   vs.                          :
                                : CIVIL ACTION
DRIVEHERE.COM, INC., ET Al.     :
          Defendants.           : NO. 11-CV-2429
                                :
                                :
                                :
                                :
```

## ORDER

AND NOW, this     27th     day of July, 2011, upon consideration of Defendants' Motion to Dismiss (Doc. No. 18), and Plaintiff's Response in opposition thereto (Doc. No. 19), it is hereby ORDERED that the Motion is DENIED.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER,      C.J.